B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### District of Utah

In re   **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. _____**14-21468**_____

_____,

Chapter _____**7**_____

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 15,707.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 28,094.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,300.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 126,900.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,434.20 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,391.88 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 15,707.00 | | |
| | | | Total Liabilities | 163,294.46 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### District of Utah

In re   **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. **14-21468**

Debtors,

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 8,300.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,300.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,434.20 |
| Average Expenses (from Schedule J, Line 22) | 4,391.88 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,852.63 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 14,242.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 8,300.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 126,900.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 141,142.46 |

B6A (Official Form 6A) (12/07)

In re   **Jason Michael Jacobson,**                                    Case No.   __14-21468__
      **Valerie Nicole Jacobson**

                                       Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Jason Michael Jacobson,**
       **Valerie Nicole Jacobson**

                     Debtors

Case No.   **14-21468**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Key Bank - Acct No. 2789 Negative $341.51** | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rental Deposit with Roxanne Profitt -** | J | 800.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Table and Chairs ($25) - Location: Residence** | J | 25.00 |
| | | **Cooking Utensils ($15) - Flatware ($5) - Cookware ($15) - Night Stands ($15) - Television ($75) - DVD Player ($10) - Stereo ($15) - Couch ($50) - Loveseat ($25) - End Tables ($5) - Dressers ($65) - Lamps ($5) - Location: Residence** | J | 300.00 |
| | | **Microwave - Location: Residence** | J | 10.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVDs ($30) - Compact Disc ($5) - Location: Residence** | J | 35.00 |
| 6. Wearing apparel. | | **Clothing (2) Adults (3) Children - Location: Residence** | J | 500.00 |
| 7. Furs and jewelry. | | **Costume Jewelry: Earrings, Watch, Necklaces - Location: Residence** | J | 25.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **1,695.00**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason Michael Jacobson,**          Case No. **14-21468**
       **Valerie Nicole Jacobson**

                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jason Michael Jacobson,**                                    Case No.   **14-21468**
        **Valerie Nicole Jacobson**
                                                            ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Dodge Dart Ralleye - 5800 Miles -  VIN# 1C3CDFBAXDD307172 - Location: Residence** | J | 12,883.00 |
| | | **1995 Honda Accord EX Coupe - 101,000 Miles - VIN# 1HGCD7152SA034556 - Location: Residence** | J | 969.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Printer ($20) - Tablet ($100) - Location: Residence** | J | 120.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >        13,972.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**                                          Case No.  **14-21468**
                                                                    _____
_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Tools: Hammers, Screwdrivers, Wrenches - Location: Residence** | J | 25.00 |
| | | **Lawnmower - Location: Residence** | J | 15.00 |

Sub-Total >            40.00
(Total of this page)
Total >            15,707.00

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**                                    Case No.   **14-21468**
                                                                    ,
                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Kitchen Table and Chairs ($25) - Location: Residence** | **Utah Code Ann. § 78B-5-506(1)(b)** | **25.00** | **25.00** |
| **Cooking Utensils ($15) - Flatware ($5) - Cookware ($15) - Night Stands ($15) - Television ($75) - DVD Player ($10) - Stereo ($15) - Couch ($50) - Loveseat ($25) - End Tables ($5) - Dressers ($65) - Lamps ($5) - Location: Residence** | **Utah Code Ann. § 78B-5-506(1)(a)** | **300.00** | **300.00** |
| **Microwave - Location: Residence** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(A)** | **10.00** | **10.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **DVDs ($30) - Compact Disc ($5) - Location: Residence** | **Utah Code Ann. § 78B-5-506(1)(d)** | **35.00** | **35.00** |
| **Wearing Apparel** | | | |
| **Clothing (2) Adults (3) Children - Location: Residence** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Costume Jewelry: Earrings, Watch, Necklaces - Location: Residence** | **Utah Code Ann. § 78B-5-506(1)(d)** | **25.00** | **25.00** |

| | Total: | **895.00** | **895.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Jason Michael Jacobson,**
         **Valerie Nicole Jacobson**

Case No. _____**14-21468**_____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx1198** <br><br> **Loan Max Title Loans** <br> **5810 South 1900 West** <br> **Roy, UT 84067** | | J | **2/2012** <br><br> **Purchase Money Security** <br><br> **1995 Honda Accord EX Coupe - 101,000 Miles - VIN# 1HGCD7152SA034556 - Location: Residence** | | | | | |
| | | | Value $              **969.00** | | | | **2,900.00** | **1,931.00** |
| Account No. **xxxxxxx0741** <br><br> **Wfs Financial/Wachovia Dealer Srvs** <br> **PO Box 3569** <br> **Rancho Cucamonga, CA 91729** | | H | **Opened 12/01/13  Last Active  1/31/14** <br><br> **Purchase Money Security** <br><br> **2013 Dodge Dart Ralleye - 5800 Miles - VIN# 1C3CDFBAXDD307172 - Location: Residence** | | | | | |
| | | | Value $            **12,883.00** | | | | **25,194.00** | **12,311.00** |
| Account No. <br><br> **Wells Fargo Dealer Services** <br> **PO Box 25341** <br> **Santa Ana, CA 92799** | | | **Collecting for:** <br> **Wfs Financial/Wachovia Dealer Srvs** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br> | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | |
|---|---|
| Subtotal <br> (Total of this page) | **28,094.00**   **14,242.00** |
| Total <br> (Report on Summary of Schedules) | **28,094.00**   **14,242.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Jason Michael Jacobson,**
    **Valerie Nicole Jacobson**
            Case No. ___**14-21468**_____

_____,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Jason Michael Jacobson,**      Case No. __**14-21468**__
       **Valerie Nicole Jacobson**

                                    ,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0136** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operation** <br> **P.O. Box 7346** <br> **Philadelphia, PA 19101-0326** | | J | **2009 to Current** <br><br> **Tax Liability** | | | | 2,200.00 | 0.00 | 2,200.00 |
| Account No. **xxx0136** <br><br> **Utah State Tax Commission** <br> **210 N 1950 W** <br> **Salt Lake City, UT 84134** | | J | **2009 to Current** <br><br> **Personal Tax Liability** | | | | 6,100.00 | 0.00 | 6,100.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __**1**__ of __**1**__ continuation sheets attached to      Subtotal      0.00 / 8,300.00      8,300.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)

                                                 Total      0.00 / 8,300.00      8,300.00
                                     (Report on Summary of Schedules)

B6F (Official Form 6F) (12/07)

In re   **Jason Michael Jacobson,**
      **Valerie Nicole Jacobson**

Case No.    **14-21468**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0553**<br><br>**Ace Financial of South Ogden**<br>**3520 Lincoln Ave. #3E**<br>**Ogden, UT 84401** | | J | **2006**<br>**Personal Loan** | | | | 2,244.24 |
| Account No. **1068**<br><br>**Ace Financial Ogden**<br>**3520 Lincoln Ave #3e**<br>**Ogden, UT 84401** | | H | **Opened 1/31/08 Last Active 4/07/08**<br>**Personal Loan** | | | | 2,164.00 |
| Account No. **xxxxx1336**<br><br>**Allied Interstate**<br>**PO Box 361474**<br>**Columbus, OH 43236** | | J | **11/2013**<br>**Collection for Sprint** | | | | 746.19 |
| Account No. **xxxxxxxxxxxx2519**<br><br>**America First Credit U**<br>**PO Box 9199**<br>**Ogden, UT 84409** | | W | **Opened 10/01/01 Last Active 3/14/03**<br>**Check Credit Or Line Of Credit** | | | | Unknown |

  __26__  continuation sheets attached

Subtotal
(Total of this page)

5,154.43

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Michael Jacobson,**  
     **Valerie Nicole Jacobson**

Case No.    **14-21468**

                                            ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2063**<br><br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **Opened 6/01/13 Last Active 1/29/14**<br>**Credit Card** | | | | **23,513.00** |
| Account No. **xx5453**<br><br>**Apelles**<br>**PO Box 1197**<br>**Westerville, OH 43086** | | J | **2007**<br>**Collection for Cash Advantage** | | | | **447.50** |
| Account No. **xxxxxxx3291**<br><br>**AT&T Bankruptcy Department**<br>**P.O. Box 769**<br>**Arlington, TX 76004** | | J | **2013**<br>**Cell Phone Contract** | | | | **744.26** |
| Account No. **x3600**<br><br>**Bear Care Pediatrics**<br>**5495 South 500 East Ste. 100**<br>**Ogden, UT 84405** | | J | **08/2008**<br>**Medical Treatment** | | | | **614.08** |
| Account No. **xxxxxxxxxx6291**<br><br>**Blockbuster**<br>**3484 West 4800 South**<br>**Roy, UT 84067** | | J | **2012**<br>**Movie Rental** | | | | **17.91** |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**25,336.75**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**                                  Case No.   **14-21468**
        **Valerie Nicole Jacobson**
                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **Nation Action Financial Services** **PO Box 9027** **Buffalo, NY 14231** | | | Collecting for: **Blockbuster** | | | | **Notice Only** |
| **Account No. xxxxxxxxxxx8863** | | | Opened 1/01/09 Last Active 5/12/11 Collection Attorney Mountain Medical Physicians | | | | |
| **Bonded Adjustment Bureau** **11620 South State St** **Suite 1404** **Draper, UT 84020** | | J | | | | | **273.00** |
| **Account No. xxx9654** | | | Med1 02 Stoneridge Dental | | | | |
| **Bonneville Billing** **1186 E 4600 S** **#100** **Ogden, UT 84403-4896** | | W | | | | | **562.00** |
| **Account No.** | | | | | | | |
| **Jensen, Sullivan & Sullivan** **PO Box 150612** **Ogden, UT 84415** | | | Collecting for: **Bonneville Billing** | | | | **Notice Only** |
| **Account No.** | | | | | | | |
| **Stoneridge Dental** **1448 N. 2000 West Ste. 1** **Clearfield, UT 84015** | | | Collecting for: **Bonneville Billing** | | | | **Notice Only** |

Sheet no. __2__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **835.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**                              Case No.  **14-21468**
       **Valerie Nicole Jacobson**
_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0576** <br><br> **Bonneville Billing** <br> **1186 E 4600 S** <br> **#100** <br> **Ogden, UT 84403-4896** | | W | **2012** <br> **Med1 02 Kidz Dental Works 2** | | | | 419.00 |
| Account No. **xxx9878** <br><br> **Bonneville Billing** <br> **1186 E 4600 S** <br> **#100** <br> **Ogden, UT 84403-4896** | | H | **Maverik Country Stores** | | | | 343.00 |
| Account No. **xxx7848** <br><br> **Bonneville Billing** <br> **1186 E 4600 S** <br> **#100** <br> **Ogden, UT 84403-4896** | | H | **Med1 02 Christensen Endodontics** | | | | 88.00 |
| Account No. **xxx2566** <br><br> **Bonneville Billing & Collections** <br> **1186 E 4600 S** <br> **#100** <br> **Ogden, UT 84403-4896** | | H | **2012** <br> **Med1 02 Ogden Clinic** | | | | 133.00 |
| Account No. **xxxxx5133** <br><br> **Capital Management** <br> **726 Exchange Street** <br> **Suite 700** <br> **Buffalo, NY 14210** | | J | **06/2010** <br> **Collection for Chase** | | | | 90.76 |

Sheet no. **3** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **1,073.76**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
       **Valerie Nicole Jacobson**

                                                                Case No. ____**14-21468**____
                                                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7867** | | | Med1 02 Mountain Star Paml | | | | |
| Chapmanfinsr PO Box 14693 Spokane, WA 99214 | | H | | | | | |
| | | | | | | | 794.00 |
| Account No. **xxxxxxxxxxxx4937** | | | Med1 02 Mountain Star Paml | | | | |
| Chapmanfinsr PO Box 14693 Spokane, WA 99214 | | H | | | | | |
| | | | | | | | 331.00 |
| Account No. **xxxxxxxxxxxx4005** | | | Med1 02 Mountain Star Paml | | | | |
| Chapmanfinsr PO Box 14693 Spokane, WA 99214 | | H | | | | | |
| | | | | | | | 261.00 |
| Account No. **xx6649** | | | 09/2010 Collection for After Hours Medical | | | | |
| CheckNet 745 East 1910 South Suite 4 Provo, UT 84606 | | J | | | | | |
| | | | | | | | 325.83 |
| Account No. **x7626** | | | 05/2008 Collection for Wasatch Hills Management | | | | |
| Collection Bureau of Utah PO Box 1270 Ogden, UT 84402 | | J | | | | | |
| | | | | | | | 1,648.47 |

Sheet no. __**4**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 3,360.30 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**  Case No. _____**14-21468**_____
      **Valerie Nicole Jacobson**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x775-1**  **Convenient Loan of Ogden** **2935 Washington Blvd.** **Ogden, UT 84401** | | J | | **2006** **Personal Loan** | | | | **305.48** |
| Account No. **xxxx9585**  **Credit Collections Svc** **PO Box 773** **Needham, MA 02494** | | H | | **06 American Family Insurance** | | | | **601.00** |
| Account No.  **American Family Insurance** **9066 S 1510 W** **West Jordan, UT 84088** | | | | Collecting for: **Credit Collections Svc** | | | | **Notice Only** |
| Account No. **xxxxxx0093**  **Davis Hospital and Medical Center** **1600 West Antelope Drive** **Layton, UT 84041** | | J | | **12/2009** **Medical Treatment** | | | | **4,577.00** |
| Account No. **xxxxxx0006**  **Davis Hospital and Medical Center** **1600 West Antelope Drive** **Layton, UT 84041** | | J | | **03/2010** **Medical Treatment** | | | | **749.50** |

Sheet no. ___**5**___ of ___**26**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,232.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. ___**14-21468**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HW JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0092**<br><br>**Davis Hospital and Medical Center**<br>**1600 West Antelope Drive**<br>**Layton, UT 84041** | | J | **11/2009**<br>**Medical Treatment** | | | | 1,127.00 |
| Account No. **xx-xxxxx6312**<br><br>**Emergency Physician Statement**<br>**P.O. Box 96398**<br>**Oklahoma City, OK 73143** | | J | **11/2007**<br>**Medical Treatment** | | | | 677.00 |
| Account No. **xxxx1062**<br><br>**Enhanced Recovery Company, LLC**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256-7412** | | H | **2012**<br>**Collection for Wells Fargo Bank** | | | | 815.79 |
| Account No. **xx0701**<br><br>**Epic Emergency Physicians**<br>**144 South 500 East**<br>**Salt Lake City, UT 84102** | | J | **2006**<br>**Medical Treatment** | | | | 440.03 |
| Account No.<br><br>**Law Offices of Quinn M. Kofford P.C.**<br>**43 N 470 W**<br>**American Fork, UT 84003** | | | **Collecting for:**<br>**Epic Emergency Physicians** | | | | **Notice Only** |

Sheet no. __**6**___ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,059.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
　　　**Valerie Nicole Jacobson**

Case No. ___**14-21468**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0812**<br><br>Express Recovery Services, Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | H | Med1 02 John J Christensen Dds | | | | 1,160.00 |
| Account No. **xxx6697**<br><br>Express Recovery Services, Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | W | 05 Lady Fitness | | | | 629.00 |
| Account No. **xxx3610**<br><br>Express Recovery Services, Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | W | Med1 02 Pediatric Dental Roy | | | | 551.00 |
| Account No. **xxx9912**<br><br>Express Recovery Services, Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | J | Med1 02 Utah Imaging Associates | | | | 223.00 |
| Account No. **xxx9889**<br><br>Express Recovery Services, Inc<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | | J | Med1 02 Utah Imaging Associates | | | | 185.00 |

Sheet no. __**7**___ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,748.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**
_____,
Debtors

Case No. _____**14-21468**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3637** <br><br> **Federal Pacific Credit** <br> **1795 W 2300 S** <br> **Salt Lake City, UT 84119** | | H | **Opened  4/01/10** <br> **Factoring Company Account Cash Call** | | | | **5,475.00** |
| Account No. <br><br> **Chad Steur Law LLC** <br> **1795 West 2300 South** <br> **Salt Lake City, UT 84119** | | | Collecting for: <br> **Federal Pacific Credit** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx4048** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | H | **Opened  2/01/08  Last Active  4/10/08** <br> **Credit Card** | | | | **468.00** |
| Account No. **xx8278** <br><br> **FNCB Inc.** <br> **PO Box 51660** <br> **Sparks, NV 89435** | | J | **2007** <br> **Collection for Buckeye Check Cashing/Worldwide Asset Purchasing** | | | | **502.00** |
| Account No. **xxxxxx0341** <br><br> **G. Scott Jensen** <br> **PO Box 150612** <br> **Ogden, UT 84415** | | H | **2012** <br> **Collection for Maverik Country Store** | | | | **102.66** |

Sheet no. __**8**___ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,547.66**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. ___**14-21468**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jacobson** <br><br>**Gentry Finance** <br>**2260 Washington Boulevard** <br>**Ogden, UT 84401** | | J | **2005** <br>**Personal Loan** | | | | 305.00 |
| Account No. **xxxx2490** <br><br>**IC System** <br>**Attn: Bankruptcy** <br>**PO Box 64378** <br>**Saint Paul, MN 55164** | | H | **Opened 10/01/11** <br>**Collection Attorney Intermountain Healthcare** | | | | 2,771.00 |
| Account No. <br><br>**IC Systems** <br>**PO Box 64887** <br>**Saint Paul, MN 55164** | | | **Collecting for:** <br>**IC System** | | | | **Notice Only** |
| Account No. **xxxxxxx-xxx-xx9-SHS** <br><br>**IC System Inc.** <br>**PO Box 64887** <br>**Saint Paul, MN 55164** | | H | **2012** <br>**Medical Treatment** | | | | 466.75 |
| Account No. **xxxxxx77-45** <br><br>**IC Systems** <br>**PO Box 64886** <br>**Saint Paul, MN 55164** | | W | **07/2010** <br>**Collection for Intermountain Healthcare** | | | | 635.70 |

Sheet no. _**9**_ of _**26**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,178.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. _____**14-21468**_____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxx7044**<br><br>**Intermountain Central Laboratory**<br>**5252 S. Intermountain Drive**<br>**Salt Lake City, UT 84107** | | J | **04/2010**<br>**Medical Treatment** | | | | **96.66** |
| Account No. **xxx-xxxxx9494**<br><br>**Intermountain Central Laboratory**<br>**5252 South Intermountain Drive**<br>**Salt Lake City, UT 84107** | | J | **04/2011**<br>**Medical Treatment** | | | | **23.58** |
| Account No. **xxx-xxxxx7044**<br><br>**Intermountain Health Care**<br>**4646 W. Lake Park Blvd.**<br>**Salt Lake City, UT 84130** | | H | **2012**<br>**Medical Treatment** | | | | **1,968.58** |
| Account No. **xxxx2691**<br><br>**Intermountain Healthcare**<br>**Attn: Bankruptcy**<br>**PO Box 27808**<br>**Salt Lake City, UT 84127** | | W | **Med1 02 Mckay Dee Hospital Center** | | | | **550.00** |
| Account No. **xxxx4156**<br><br>**Intermountain Healthcare**<br>**PO Box 30191**<br>**Salt Lake City, UT 84130** | | J | **04/2007**<br>**Medical Treatment** | | | | **404.00** |

Sheet no. _**10**_ of _**26**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,042.82**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**　　　　　　　　　　　　　　Case No. ___**14-21468**___
　　　　**Valerie Nicole Jacobson**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1122**<br><br>**Kirk A. Cullimore**<br>**644 East Union Square**<br>**Sandy, UT 84070** | | J | **01/2011**<br>**Collection for Haven Pointe Apartments** | | | | **295.00** |
| Account No. **xxx3610**<br><br>**Knight Adjustment Bureau**<br>**404 East 4500 South**<br>**# A-34**<br>**Salt Lake City, UT 84107** | | J | **2012**<br>**Collection for Pediatric Dental Roy** | | | | **768.66** |
| Account No. **xxx0812**<br><br>**Knight Adjustment Bureau**<br>**404 East 4500 South**<br>**# A-34**<br>**Salt Lake City, UT 84107** | | H | **2012**<br>**Collection for John J. Christensen DDS** | | | | **1,879.50** |
| Account No. **xxxxx1169**<br><br>**Law Offices of Kevin Richards**<br>**746 East 1910 South Ste. 5**<br>**Provo, UT 84606** | | J | **2010**<br>**Collection for Elite Fire/Epn Inc.** | | | | **5,054.31** |
| Account No. **xxxxx5228**<br><br>**Layton Family Practice**<br>**3 Maryland Farms, Ste. 250**<br>**Brentwood, TN 37027** | | J | **2012**<br>**Medical Treatment** | | | | **1,232.40** |

Sheet no. __**11**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**9,229.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**
_____,
Debtors

Case No.  **14-21468**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CAC Financial Corp** **2601 NW Expressway** **Ste. 1000E** **Oklahoma City, OK 73112** | | | Collecting for: **Layton Family Practice** | | | | **Notice Only** |
| Account No. **xxxxx4915** | | | 2012 **Medical Treatment** | | | | |
| **Layton Family Practice** **3 Maryland Farms, Ste. 250** **Brentwood, TN 37027** | | J | | | | | 126.00 |
| Account No. **xxx0388** | | | 08/2008 **Collection for Therapies for Health** | | | | |
| **LJT Resources Inc.** **PO Box 1522** **Ogden, UT 84402** | | J | | | | | 802.71 |
| Account No. **xxx-xx5596** | | | 09/2007 **Deficiency on 93 Saturn** | | | | |
| **Loan Max Title Loans** **5810 South 1900 West** **Roy, UT 84067** | | J | | | | | 1,170.15 |
| Account No. **Jacobson** | | | 07/2011 **Broken rental lease** | | | | |
| **Maple Apartments** **459 North 300 West #12** **Kaysville, UT 84037** | | J | | | | | 1,200.00 |

Sheet no. **12** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,298.86**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. ___**14-21468**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Jacobson**<br><br>**Material Fetal Services of Utah**<br>**PO Box 404496**<br>**Atlanta, GA 30384** | | J | 05/2006<br>**Medical Treatment** | | | | 57.03 |
| Account No.<br><br>**Maternal Fetal Services**<br>**1140 East 3900 South**<br>**Salt Lake City, UT 84124** | | | Collecting for:<br>**Material Fetal Services of Utah** | | | | **Notice Only** |
| Account No. **xxx-xxxxx6028**<br><br>**McKay Dee Hospital**<br>**4401 Harrison Blvd.**<br>**Ogden, UT 84403** | | J | 09/2008<br>**Medical Treatment** | | | | 1,584.86 |
| Account No. **xxx-xxxx6275**<br><br>**McKay-Dee Hospital Center**<br>**4401 Harrison Boulevard**<br>**Ogden, UT 84403** | | J | 02/2007<br>**Medical Treatment** | | | | 502.35 |
| Account No. **xxx0371**<br><br>**Millcreek Anesthesia**<br>**1954 E. Ft Union Blvd. Ste 104**<br>**Salt Lake City, UT 84121** | | J | 2007<br>**Medical Treatment** | | | | 432.64 |

Sheet no. __**13**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,576.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
        **Valerie Nicole Jacobson**                                      Case No.   **14-21468**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6050**<br><br>**Mountain Land Collection**<br>**PO Box 1280**<br>**American Fork, UT 84003** | | H | **Med1 02 Epic Emerg Phys Integrated D** | | | | 568.00 |
| Account No. **xxxxxxx-xMMPS**<br><br>**Mountain Medical**<br>**5444 S. Green Street**<br>**Salt Lake City, UT 84123** | | H | **03/2013**<br>**Medical Treatment** | | | | 131.44 |
| Account No. **xxxxx-xxx1606**<br><br>**Mountain Medical Physician Specialists**<br>**PO Box 29684**<br>**Phoenix, AZ 85038** | | J | **2012**<br>**Medical Treatment** | | | | 13.66 |
| Account No. **xxxx3150**<br><br>**Mountain Medical Physician Specialists**<br>**PO Box 29684**<br>**Phoenix, AZ 85038** | | H | **2012**<br>**Medical Treatment** | | | | 240.26 |
| Account No.<br><br>**Bennett Law**<br>**10542 S. Jordan Gateway Ste 200**<br>**South Jordan, UT 84095** | | | **Collecting for:**<br>**Mountain Medical Physician Specialists** | | | | **Notice Only** |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    953.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Michael Jacobson,**                 Case No.     **14-21468**

           **Valerie Nicole Jacobson**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8397** <br><br> **Mountain Medical Physician Specialists** <br> **PO Box 29684** <br> **Phoenix, AZ 85038** | | H | 2012 <br> **Medical Treatment** | | | | 244.32 |
| Account No. <br><br> **Checknet** <br> **746 East 1910 South Ste 4** <br> **Provo, UT 84606** | | | Collecting for: <br> **Mountain Medical Physician Specialists** | | | | Notice Only |
| Account No. **xxxxxx1670** <br><br> **Mountain Star Clinical Services** <br> **P.O. Box 2695** <br> **Spokane, WA 99220** | | W | 03/2012 <br> **Medical Treatment** | | | | 821.65 |
| Account No. **xxxxxx7867** <br><br> **Mountain Star Clinical Services** <br> **P.O. Box 2695** <br> **Spokane, WA 99220** | | H | 2013 <br> **Medical Treatment** | | | | 1,463.79 |
| Account No. <br><br> **Chapman Financial Services of WA, Inc.** <br> **1424 North Argonne Road** <br> **P.O. Box 14693** <br> **Spokane, WA 99214-0693** | | | Collecting for: <br> **Mountain Star Clinical Services** | | | | Notice Only |

Sheet no. __15__ of __26__ sheets attached to Schedule of              Subtotal         | **2,529.76**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
       **Valerie Nicole Jacobson**
       _____,
                              Debtors

Case No. ___**14-21468**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0286**<br><br>**Mountain Star Physicians**<br>**PO Box 187**<br>**Layton, UT 84041** | | J | **10/2009**<br>**Medical Treatment** | | | | **15.00** |
| Account No. **1064**<br><br>**Mt. Olympus Obstetrics and Gynecology**<br>**1120 E. 3900 S. Ste 3E**<br>**Salt Lake City, UT 84124** | | J | **2006**<br>**Medical Treatment** | | | | **310.00** |
| Account No. **xx9189**<br><br>**NAR**<br>**1600 West 2200 South Ste 410**<br>**Salt Lake City, UT 84119** | | W | **2012**<br>**Collection for Midtown Community Health Center** | | | | **435.71** |
| Account No. **xxx0600**<br><br>**NAR**<br>**1600 West 2200 South Ste 410**<br>**Salt Lake City, UT 84119** | | J | **2012**<br>**Collection for Hillfield Pediatric & Family Dentistry** | | | | **472.04** |
| Account No. **xx6350**<br><br>**NAR**<br>**5225 Wiley Post Way #410**<br>**Salt Lake City, UT 84116** | | J | **09/2010**<br>**Collection for Wasatch Hills Management Co** | | | | **1,928.22** |

Sheet no. _**16**_ of _**26**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,160.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**
_____,
Debtors

Case No. ___**14-21468**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx8411** <br><br> **NAR Inc** <br> **5225 N Wiley Post Way St** <br> **Salt Lake City, UT 84116** | | H | **Opened 8/01/10** <br> **Collection Attorney Lock It Up Self Storage** | | | | 759.00 |
| Account No. **xxxx4585** <br><br> **NCO Financial** <br> **PO Box 15537** <br> **Wilmington, DE 19850** | | J | **06/2008** <br> **Medical Treatment** | | | | 5,258.36 |
| Account No. **xxxxx3395** <br><br> **Northland Group** <br> **PO Box 390846** <br> **Minneapolis, MN 55439** | | J | **09/2008** <br> **Collection for Check$mart** | | | | 256.02 |
| Account No. **Jacobson** <br><br> **Ogden Clinic** <br> **4650 Harrison Boulevard** <br> **Ogden, UT 84403** | | H | **09/2010** <br> **Medical Treatment** | | | | 133.00 |
| Account No. **xxxxx6872** <br><br> **Ogden Regional Medical Center** <br> **PO Box 99587** <br> **Louisville, KY 40269** | | W | **2012** <br> **Medical Treatment** | | | | 2,937.08 |

Sheet no. __**17**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,343.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jason Michael Jacobson,**
      **Valerie Nicole Jacobson**                                                   Case No. ___**14-21468**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NCO Financial Systems**<br>**10540 White Rock Rd., Ste. 250**<br>**Rancho Cordova, CA 95670** | | | **Collecting for:**<br>**Ogden Regional Medical Center** | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems, Inc.**<br>**P.O. Box 15618**<br>**Dept. 35**<br>**Wilmington, DE 19850** | | | **Collecting for:**<br>**Ogden Regional Medical Center** | | | | **Notice Only** |
| Account No. **xxxxx3204**<br><br>**Ogden Regional Medical Center**<br>**PO Box 490654**<br>**Atlanta, GA 30384** | | J | **07/2006**<br>**Medical Treatment** | | | | **375.41** |
| Account No. **xxxxx5523**<br><br>**Omnium**<br>**7820 E. Broadway Blvd.**<br>**Suite 200**<br>**Tucson, AZ 85710** | | J | **2007**<br>**Collection for Qwest Communications** | | | | **269.26** |
| Account No. **xxxxxx32-10**<br><br>**Plaza Associates**<br>**370 Seventh Ave.**<br>**New York, NY 10001** | | J | **08/2007**<br>**Collection for Direct TV** | | | | **113.81** |

Sheet no. __**18**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**758.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
    **Valerie Nicole Jacobson**

Case No. ____**14-21468**____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Direct TV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | | | Collecting for:<br>**Plaza Associates** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-4048**<br><br>**Premier Bankcard**<br>**3820 N. Louise Ave.**<br>**Sioux Falls, SD 57107** | | J | 06/2008<br>**Credit Card** | | | | **468.89** |
| Account No.<br><br>**Jefferson Capital Systems**<br>**16 McLeland Road**<br>**Saint Cloud, MN 56303** | | | Collecting for:<br>**Premier Bankcard** | | | | **Notice Only** |
| Account No. **xx9008**<br><br>**Prestige Financial Service**<br>**Attn: Bankruptcy Department**<br>**PO Box 26707**<br>**Salt Lake City, UT 84126** | | H | Opened 10/01/06  Last Active 12/10/13<br>**Deficiency on a 2003 Ford Explorer** | | | | **20,250.00** |
| Account No.<br><br>**Prestige Financial**<br>**1420 South 500 West**<br>**Salt Lake City, UT 84115** | | | Collecting for:<br>**Prestige Financial Service** | | | | **Notice Only** |

Sheet no. __**19**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,718.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
        **Valerie Nicole Jacobson**

Case No.   **14-21468**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sam Harkness**<br>**1420 South 500 West**<br>**Salt Lake City, UT 84115** | | | Collecting for:<br>**Prestige Financial Service** | | | | **Notice Only** |
| Account No. **xxx-xxxx7405**<br><br>**Primary Children's Hospital**<br>**100 North Mario Capecchi Drive**<br>**Salt Lake City, UT 84113-1100** | | J | 04/2010<br>**Medical Treatment** | | | | **133.38** |
| Account No.<br><br>**Primary Childrens Medical**<br>**PO Box 410400**<br>**Salt Lake City, UT 84141** | | | Collecting for:<br>**Primary Children's Hospital** | | | | **Notice Only** |
| Account No. **xxxxxxx0357**<br><br>**Progressive Direct Insurance**<br>**PO Box 55126**<br>**Boston, MA 02205** | | J | 06/2013<br>**Insurance Policy** | | | | **167.63** |
| Account No. **xxx0136**<br><br>**Quick Loan**<br>**5366 South 1900 West**<br>**Roy, UT 84067-2907** | | J | 2008<br>**Personal Loan** | | | | **776.00** |

Sheet no. __**20**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,077.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
        **Valerie Nicole Jacobson**
_____,
                                    Debtors

Case No. ___**14-21468**___

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6993**<br><br>**Receivable Performance**<br>**20816 44th Ave. W**<br>**Lynnwood, WA 98036** | | J | **10/2008**<br>**Collection for T-Mobile** | | | | **1,107.22** |
| Account No. **xxxxxxx40-M9**<br><br>**Recievable Management Service**<br>**1250 E. Diehl Road Ste. 300**<br>**Naperville, IL 60563** | | H | **2012**<br>**Collection for Select Health** | | | | **25.34** |
| Account No. **xxxxxxxxx0506**<br><br>**RJM  Acquisitions**<br>**PO Box 18006**<br>**Hauppauge, NY 11788** | | J | **10/2008**<br>**Collection for Washington Mutual** | | | | **Unknown** |
| Account No.<br><br>**RJM Acquisitions LLC**<br>**575 Underhill Boulevard**<br>**Suite 224**<br>**Syosset, NY 11791-9827** | | | **Collecting for:**<br>**RJM  Acquisitions** | | | | **Notice Only** |
| Account No. **xxxxx0575**<br><br>**Settlers Landing Apartments**<br>**3330 S. Midland Drive**<br>**West Haven, UT 84401** | | J | **10/2012**<br>**Broken Lease** | | | | **550.59** |

Sheet no. __**21**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,683.15**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
**Valerie Nicole Jacobson**

Case No. ___**14-21468**___

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. **xx6221** | | | | **2012** **Collection for Dr. F. Zane Jessen** | | | | |
| **SRL & Associates** **PO Box 1037** **Lehi, UT 84043** | | H | | | | | | 363.19 |
| Account No. | | | | | | | | |
| **SRL Associates** **PO Box 508** **Draper, UT 84020** | | | | **Collecting for:** **SRL & Associates** | | | | **Notice Only** |
| Account No. **xxxx5629** | | | | **Opened 8/01/13** **Collection Attorney Comcast** | | | | |
| **Stellar Recovery Inc** **1327 Highway 2 Wes** **Kalispell, MT 59901** | | W | | | | | | 641.00 |
| Account No. | | | | | | | | |
| **Comcast** **752 Marshall Way** **Layton, UT 84041** | | | | **Collecting for:** **Stellar Recovery Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Law Offices of Quinn M. Kofford P.C.** **43 N 470 W** **American Fork, UT 84003** | | | | **Collecting for:** **Stellar Recovery Inc** | | | | **Notice Only** |

Sheet no. __**22**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,004.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason Michael Jacobson,**
       **Valerie Nicole Jacobson**
                                                                    Case No. ___**14-21468**___
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9431** <br><br> **T-Mobile** <br> **P.O. Box 660252** <br> **Dallas, TX 75266-0252** | | J | **11/2008** <br> **Cell Phone Contract** | | | | **1,107.22** |
| Account No. **xx3753** <br><br> **Tanner Clinic** <br> **PO Box 337** <br> **Layton, UT 84041-0337** | | J | **03/2008** <br> **Medical Treatment** | | | | **94.00** |
| Account No. **xxx-1694** <br><br> **Titanium Funds** <br> **1265 S. State Street** <br> **Clearfield, UT 84015** | | J | **10/2010** <br> **Deficiency on 95 Nissan** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-0933** <br><br> **Tribute** <br> **PO Box 136** <br> **Newark, NJ 07101** | | J | **06/2008** <br> **Credit Card** | | | | **247.75** |
| Account No. **xxxxx2449** <br><br> **University of Utah Collections** <br> **PO Box 510511** <br> **Salt Lake City, UT 84151** | | J | **10/2008** <br> **Medical Treatment** | | | | **960.94** |

Sheet no. __**23**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **2,409.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**
        **Valerie Nicole Jacobson**
                                                          Case No. _____**14-21468**_____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6221** <br><br> **Untd Rcvy Gr** <br> **11639 S 700 E** <br> **Draper, UT 84020** | | H | **Med1 02 Dr F Zane Jessen** | | | | 115.00 |
| Account No. **xxxxxx-xxxA1-UT** <br><br> **Utah Imaging Associates Inc.** <br> **P.O. Box 2247** <br> **Indianapolis, IN 46206** | | J | **12/2009** <br> **Medical Treatment** | | | | 318.00 |
| Account No. <br><br> **Utah Imaging Associates** <br> **PO Box 1369** <br> **Bountiful, UT 84011** | | | **Collecting for:** <br> **Utah Imaging Associates Inc.** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx0001** <br><br> **Verizon** <br> **Attn: Bankruptcy** <br> **PO Box 3397** <br> **Bloomington, IL 61702** | | H | **Opened 11/01/12 Last Active 5/31/13** <br> **Cell Phone Contract** | | | | 2,242.00 |
| Account No. <br><br> **Receivable Performance** <br> **20816 44th Ave. W** <br> **Lynnwood, WA 98036** | | | **Collecting for:** <br> **Verizon** | | | | **Notice Only** |

Sheet no. __**24**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 2,675.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jason Michael Jacobson,**
    **Valerie Nicole Jacobson**
                                                                      Case No. ___**14-21468**___
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Verizon Wireless** **PO Box 1548** **Lynnwood, WA 98046** | | | Collecting for: **Verizon** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx6104 | | | Opened 6/01/12 Last Active 10/26/12 Credit Line Secured | | | | |
| **Wells Fargo Card Service** **1 Home Campus** **3rd Floor** **Des Moines, IA 50328** | | H | | | | | **277.00** |
| Account No. | | | | | | | |
| **VCS** **PO Box 59207** **Minneapolis, MN 55459** | | | Collecting for: **Wells Fargo Card Service** | | | | **Notice Only** |
| Account No. xxxx4411 | | | Opened 4/01/13 Collection Attorney Ogden Regional Medical Center | | | | |
| **West Asset** **2703 North Highway 75** **Sherman, TX 75090** | | H | | | | | **1,111.00** |
| Account No. | | | | | | | |
| **Ogden Regional Medical Center** **PO Box 740757** **Cincinnati, OH 45274-0757** | | | Collecting for: **West Asset** | | | | **Notice Only** |

| | |
|---|---|
| Sheet no. __**25**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)   **1,388.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jason Michael Jacobson,**                                    Case No. ___**14-21468**___
    **Valerie Nicole Jacobson**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Asset Management<br>PO Box 790113<br>Saint Louis, MO 63179** | | | Collecting for:<br>**West Asset** | | | | **Notice Only** |
| Account No. **xxxx6800**<br><br>**West Asset<br>2703 North Highway 75<br>Sherman, TX 75090** | | W | **Opened  3/01/13<br>Collection Attorney Ogden Regional Medical Center** | | | | **1,104.00** |
| Account No. **xxxx9940**<br><br>**West Asset Management<br>PO Box 790113<br>Saint Louis, MO 63179** | | J | **04/2009<br>Collection for Ogden Regional** | | | | **1,418.70** |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

Sheet no. __**26**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **2,522.70**

Total
(Report on Summary of Schedules)         **126,900.46**

B6G (Official Form 6G) (12/07)

.

In re   **Jason Michael Jacobson,**                                                        Case No.    **14-21468**
       **Valerie Nicole Jacobson**

_____,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Jason Michael Jacobson,**                                      Case No.    __14-21468__
         **Valerie Nicole Jacobson**
_____,
                          Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jason Michael Jacobson** |
| Debtor 2 (Spouse, if filing) | **Valerie Nicole Jacobson** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (If known) | **14-21468** |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                                12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Truck Driver** | **Food Technician** |
| Employer's name | **Francis Trucking** | **Weber School District** |
| Employer's address | **1140 North Watery Lane<br>Brigham City, UT 84302** | **5320 Adams Ave Parkway<br>Ogden, UT 84405** |
| How long employed there? | **4 Months** | **5 Months** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,860.00** | $ **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **4,860.00** | $ **0.00** |

Debtor 1  **Jason Michael Jacobson**
Debtor 2  **Valerie Nicole Jacobson**

Case number (*if known*)  **14-21468**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **4,860.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **425.80** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions. Specify:** _____ | 5h.+ | $ **0.00** + | $ **0.00** |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **425.80** | $ **0.00** |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **4,434.20** | $ **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income. Specify:** _____ | 8h.+ | $ **0.00** + | $ **0.00** |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **4,434.20** + $ **0.00** | = $ **4,434.20** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ **4,434.20**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jason Michael Jacobson** |
| Debtor 2 (Spouse, if filing) | **Valerie Nicole Jacobson** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | **14-21468** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **7** | ☐ No  ■ Yes |
| **Daughter** | **8** | ☐ No  ■ Yes |
| **Daughter** | **10** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,450.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 20.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Jason Michael Jacobson** | | |
|---|---|---|---|
| Debtor 2 | **Valerie Nicole Jacobson** | Case number (if known) | **14-21468** |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 270.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 41.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 120.00 |
| | 6d. | Other. Specify:  Internet | 6d. $ | 90.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 700.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 65.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 165.00 |
| 10. | **Personal care products and services** | | 10. $ | 65.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 70.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 200.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 535.88 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 4,391.88 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,434.20 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,391.88 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 42.32 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Jason Michael Jacobson**
**Valerie Nicole Jacobson**

                                                        Debtor(s)

Case No.    **14-21468**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **44**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 18, 2014**                       Signature    **/s/ Jason Michael Jacobson**

                                                                  **Jason Michael Jacobson**
                                                                  Debtor

Date   **March 18, 2014**                       Signature    **/s/ Valerie Nicole Jacobson**

                                                                  **Valerie Nicole Jacobson**
                                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Utah

In re    **Jason Michael Jacobson**
**Valerie Nicole Jacobson**          Case No.   **14-21468**

_____
Debtor(s)        Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■
     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT            SOURCE

---

**2. Income other than from employment or operation of business**

None
■
     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT            SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
☐

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wfs Financial/Wachovia Dealer Srvs**<br>**PO Box 3569**<br>**Rancho Cucamonga, CA 91729** | **12/2013**<br>**1/2014**<br>**2/2014** | **$1,607.64** | **$25,194.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bonneville Billing & Collection -**<br>**Case No. 080603094** | **Civil** | **Second Judicial District Court**<br>**Davis County**<br>**425 N. Wasatch Drive**<br>**Layton, UT 84041** | **Judgment** |
| **Haven Pointe Apartments vs. Jason & Valerie Jacobson -**<br>**Case No. 050907287** | **Civil** | **District Court Weber County**<br>**2525 Grant Ave.**<br>**Ogden, UT 84404** | **Judgment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
4

#### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **The Law Office of Roy D. Cole**<br>**2550 Washington Blvd.**<br>**Suite 201**<br>**Ogden, UT 84401** | **Pursuant to Fee Agreement** | **$700.00 Attorney Fees** |

#### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3330 South Midland Drive #A105<br>West Haven, UT 84401** | **Jason & Valerie Jacobson** | **08/2010 to 10/2012** |

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
         (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
         RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE
         OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,          DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL          OR DESCRIPTION AND
         VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 18, 2014**                  Signature  **/s/ Jason Michael Jacobson**
                                                       **Jason Michael Jacobson**
                                                       Debtor

Date  **March 18, 2014**                  Signature  **/s/ Valerie Nicole Jacobson**
                                                       **Valerie Nicole Jacobson**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re **Jason Michael Jacobson**
**Valerie Nicole Jacobson**

Debtor(s)

Case No. **14-21468**

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Loan Max Title Loans** | **Describe Property Securing Debt:**<br>**1995 Honda Accord EX Coupe - 101,000 Miles - VIN#**<br>**1HGCD7152SA034556 -**<br>**Location: Residence** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Wfs Financial/Wachovia Dealer Srvs** | **Describe Property Securing Debt:**<br>**2013 Dodge Dart Ralleye - 5800 Miles -  VIN#**<br>**1C3CDFBAXDD307172 -**<br>**Location: Residence** |

Property will be (check one):
  ☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ■ Other.  Explain _**Debtor will continue to make monthly payments**_ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **March 18, 2014**        Signature   **/s/ Jason Michael Jacobson**
                                          **Jason Michael Jacobson**
                                          Debtor

Date   **March 18, 2014**        Signature   **/s/ Valerie Nicole Jacobson**
                                          **Valerie Nicole Jacobson**
                                          Joint Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Utah

In re   **Jason Michael Jacobson**     Case No.   **14-21468**
**Valerie Nicole Jacobson**

Debtor(s)     Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jason Michael Jacobson**
**Valerie Nicole Jacobson**     X   **/s/ Jason Michael Jacobson**     **March 18, 2014**

Printed Name(s) of Debtor(s)     Signature of Debtor     Date

Case No. (if known)   **14-21468**     X   **/s/ Valerie Nicole Jacobson**     **March 18, 2014**

Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
### District of Utah

| | | | |
|---|---|---|---|
| In re | **Jason Michael Jacobson**<br>**Valerie Nicole Jacobson** | Case No. | **14-21468** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **March 18, 2014**

/s/ **Jason Michael Jacobson**
**Jason Michael Jacobson**
Signature of Debtor

Date:    **March 18, 2014**

/s/ **Valerie Nicole Jacobson**
**Valerie Nicole Jacobson**
Signature of Debtor